| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOPKINS, VIRGINIA E. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/07/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

7. Chambers or Office Address

619 HUGO BLACK COURTHOUSE
1729 5TH AVENUE N
BIRMINGHAM, AL 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST # 1 (UNFUNDED) |
| 2. | REPRESENTATIVE | FAMILY MEMBER ESTATE |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  CASH - WELLS FARGO BANK ACCOUNT | A | Interest | J | T | | | | | |
| 2.  CASH - LEGACY CREDIT UNION ACCOUNT | A | Int./Div. | M | T | | | | | |
| 3.  CASH - MORGAN STANLEY SMITH BARNEY ACCOUNT | A | Int./Div. | M | T | | | | | |
| 4.  ADOBE SYSTEMS | | None | K | T | Sold (part) | 05/21/18 | J | A | |
| 5. | | | | | Sold (part) | 06/26/18 | J | A | |
| 6. | | | | | Sold (part) | 09/12/18 | J | C | |
| 7. | | | | | Sold (part) | 09/28/18 | J | D | |
| 8.  ALIGN TECHNOLOGY | | None | K | T | Sold (part) | 05/21/18 | K | D | |
| 9. | | | | | Sold (part) | 06/26/18 | J | D | |
| 10. | | | | | Sold (part) | 09/12/18 | J | C | |
| 11. | | | | | Sold (part) | 09/28/18 | J | C | |
| 12. | | | | | Sold (part) | 11/13/18 | J | D | |
| 13.  AMAZON COM INC | | None | K | T | Sold (part) | 06/26/18 | J | C | |
| 14. | | | | | Sold (part) | 09/12/18 | J | B | |
| 15. | | | | | Sold (part) | 09/28/18 | J | B | |
| 16.  AMERICAN CENTURY EQUITY INCOME | | None | | | Sold | 02/06/18 | J | A | |
| 17.  ANTHEM INC COM | A | Dividend | K | T | Sold (part) | 01/30/18 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 19. | | | | | Sold (part) | 09/12/18 | J | A | |
| 20. | | | | | Sold (part) | 09/28/18 | J | A | |
| 21. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 22. APPLE INC | A | Dividend | K | T | Buy (add'l) | 05/21/18 | J | | |
| 23. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 24. | | | | | Sold (part) | 09/12/18 | J | B | |
| 25. | | | | | Sold (part) | 09/28/18 | J | A | |
| 26. APPLIED MATERIAL INC | | None | | | Sold | 02/06/18 | K | D | |
| 27. BECTON DICKINSON & CO | A | Dividend | K | T | Buy (add'l) | 05/21/18 | J | | |
| 28. | | | | | Sold (part) | 09/12/18 | J | A | |
| 29. | | | | | Sold (part) | 09/28/18 | J | A | |
| 30. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 31. BROADCOM LTD SHS | | None | | | Sold | 02/06/18 | K | E | |
| 32. BIO-TECHNE CORP | A | Dividend | | | Buy | 08/28/18 | J | | |
| 33. | | | | | Sold (part) | 09/12/18 | J | A | |
| 34. | | | | | Buy (add'l) | 09/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/19/18 | J | A | |
| 36. | | | | | Sold | 12/20/18 | J | A | |
| 37. CONOCO PHILLIPS | A | Dividend | | | Buy | 10/08/18 | K | | |
| 38. | | | | | Sold | 11/09/18 | K | A | |
| 39. CONSTELLATION BRANDS INC CL A | A | Dividend | | | Buy (add'l) | 05/21/18 | J | | |
| 40. | | | | | Sold (part) | 05/21/18 | J | A | |
| 41. | | | | | Sold (part) | 06/26/18 | J | A | |
| 42. | | | | | Sold (part) | 09/12/18 | J | A | |
| 43. | | | | | Sold | 12/20/18 | K | A | |
| 44. DOW DUPONT | | None | | | Buy | 01/08/18 | K | | |
| 45. | | | | | Sold | 02/06/18 | K | A | |
| 46. EATON VANCE ENHANCED EQTY | A | Dividend | K | T | Buy | 10/01/18 | K | | |
| 47. EATON VANCE TAX MNGD BY WT | A | Dividend | K | T | Buy | 10/01/18 | K | | |
| 48. FACEBOOK INC CL-A | | None | | | Sold (part) | 03/29/18 | J | D | |
| 49. | | | | | Sold | 04/03/18 | K | D | |
| 50. FISERV INC WISCONSIN | | None | K | T | Sold (part) | 05/21/18 | J | B | |
| 51. | | | | | Sold (part) | 09/12/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/28/18 | J | A | |
| 53. GLOBAL PAYMENT INC | A | Dividend | | | Buy (add'l) | 07/13/18 | J | | |
| 54. | | | | | Sold (part) | 09/12/18 | J | A | |
| 55. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 56. | | | | | Sold | 12/10/18 | K | A | |
| 57. HARRIS CORPORATION DELAWARE | A | Dividend | K | T | Sold (part) | 05/21/18 | J | B | |
| 58. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 59. | | | | | Sold (part) | 07/13/18 | J | C | |
| 60. | | | | | Sold (part) | 09/12/18 | J | A | |
| 61. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 62. HEICO CORP NEW | A | Dividend | K | T | Sold (part) | 01/17/18 | J | A | |
| 63. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 64. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 65. | | | | | Sold (part) | 06/27/18 | J | A | |
| 66. | | | | | Sold (part) | 09/12/18 | J | B | |
| 67. | | | | | Sold (part) | 09/28/18 | J | A | |
| 68. IDEXX LABS | | None | K | T | Buy (add'l) | 05/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/21/18 | J | B | |
| 70. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 71. | | | | | Sold (part) | 09/12/18 | J | B | |
| 72. | | | | | Sold (part) | 09/28/18 | J | C | |
| 73. ISHARES 3-7 YR TREASURY BD ETF | B | Dividend | L | T | Sold (part) | 09/12/18 | J | A | |
| 74. ISHARES BARCLAYS 1-3 YR TSY BD | A | Dividend | K | T | Buy (add'l) | 03/26/18 | J | | |
| 75. | | | | | Buy (add'l) | 04/03/18 | K | | |
| 76. | | | | | Sold (part) | 07/18/18 | J | A | |
| 77. | | | | | Sold (part) | 08/28/18 | J | A | |
| 78. | | | | | Sold (part) | 09/12/18 | J | A | |
| 79. | | | | | Sold (part) | 09/28/18 | K | A | |
| 80. ISHARE CORE U.S. AGGREGATE | B | Dividend | K | T | Sold (part) | 09/12/18 | J | A | |
| 81. ISHARES SHORT TREAS BD | A | Dividend | K | T | Buy | 10/26/18 | J | | |
| 82. | | | | | Buy (add'l) | 11/19/18 | K | | |
| 83. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 84. ISHARES US AEROSPACE & DEF ETF | A | Dividend | J | T | Sold (part) | 09/12/18 | J | A | |
| 85. ISHARES US BASIC MATERIALS ETF | A | Dividend | | | Sold | 10/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ISHARES US INDUSTRIALS ETF | A | Dividend | | | Sold | 10/11/18 | J | B | |
| 87. JANUS HENDERSON SHORT DUR | A | Dividend | K | T | Buy | 10/10/18 | K | | |
| 88. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 89. LULULEMON ATHLETICS | | None | | | Buy | 07/18/18 | J | | |
| 90. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 91. | | | | | Sold | 12/18/18 | K | A | |
| 92. METROPOLITAN WEST TOT RET BD FD | A | Dividend | K | T | Sold (part) | 09/12/18 | J | A | |
| 93. MOHAWK INDUSTRIES INC | | None | | | Sold | 02/09/18 | K | C | |
| 94. MONOLITHIC PWR SYS | A | Dividend | | | Buy | 07/05/18 | K | | |
| 95. | | | | | Sold (part) | 09/12/18 | J | A | |
| 96. | | | | | Sold | 10/05/18 | K | A | |
| 97. MONSTER BEVERAGE CORP NEW COM | | None | | | Sold | 03/07/18 | K | B | |
| 98. NVIDIA CORPORATION | A | Dividend | J | T | Sold (part) | 05/21/18 | K | E | |
| 99. | | | | | Sold (part) | 06/26/18 | J | A | |
| 100. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 101. | | | | | Sold (part) | 09/12/18 | J | C | |
| 102. | | | | | Sold (part) | 09/28/18 | J | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/19/18 | K | D | |
| 104.  PIONEER MLTI AST ULT SHORT INC | A | Dividend | K | T | Buy | 10/18/18 | K | | |
| 105.  RAYTHEON CO | | None | | | Buy | 06/06/18 | K | | |
| 106. | | | | | Sold | 06/21/18 | K | A | |
| 107.  REPUBLIC SERVICES INC | A | Dividend | | | Sold | 01/08/18 | K | D | |
| 108.  ROBO GLOBAL ROBOTICS | | None | | | Buy | 02/01/18 | J | | |
| 109. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 110. | | | | | Sold | 07/05/18 | K | A | |
| 111.  ROCKWELL AUTOMATION INC | | None | | | Sold (part) | 02/01/18 | J | C | |
| 112. | | | | | Sold | 02/06/18 | J | B | |
| 113.  S&P GLOBAL INC | A | Dividend | | | Buy | 03/07/18 | K | | |
| 114. | | | | | Sold (part) | 05/21/18 | J | A | |
| 115. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 116. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 117. | | | | | Sold (part) | 09/12/18 | J | A | |
| 118. | | | | | Sold (part) | 09/28/18 | J | A | |
| 119. | | | | | Buy (add'l) | 09/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 10/10/18 | K | A | |
| 121. SALESFORCE.COM INC | | None | K | T | Buy | 04/06/18 | J | | |
| 122. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 123. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 124. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 125. | | | | | Sold (part) | 09/12/18 | J | A | |
| 126. | | | | | Sold (part) | 09/28/18 | J | A | |
| 127. SHERWIN WILLIAMS COMPANY OHIO | A | Dividend | J | T | Sold (part) | 05/11/18 | J | C | |
| 128. | | | | | Sold (part) | 05/21/18 | J | A | |
| 129. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 130. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 131. | | | | | Sold (part) | 09/12/18 | J | A | |
| 132. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 133. | | | | | Sold (part) | 10/26/18 | J | B | |
| 134. SPDR BARCLAYS CAPITAL TIPS | B | Dividend | L | T | Sold (part) | 09/12/18 | J | A | |
| 135. SPDR S&P 500 ETF | A | Dividend | | | Buy | 06/21/18 | K | | |
| 136. | | | | | Sold (part) | 09/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/24/18 | K | A | |
| 138. SVB FINCL GRP | | None | | | Buy (add'l) | 05/21/18 | J | | |
| 139. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 140. | | | | | Sold (part) | 09/12/18 | J | A | |
| 141. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 142. | | | | | Sold (part) | 09/28/18 | J | A | |
| 143. | | | | | Sold | 10/30/18 | K | A | |
| 144. UNITEDHEALTH GP INC | A | Dividend | K | T | Sold (part) | 01/30/18 | K | D | |
| 145. | | | | | Sold (part) | 05/21/18 | K | D | |
| 146. | | | | | Sold (part) | 06/26/18 | J | A | |
| 147. | | | | | Sold (part) | 09/12/18 | J | B | |
| 148. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 149. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 150. WISDOM TREE FLOATING RATE | A | Dividend | K | T | Buy | 12/18/18 | K | | |
| 151. XPO LOGISTICS | | None | | | Buy | 05/09/18 | J | | |
| 152. | | | | | Buy (add'l) | 06/08/18 | K | | |
| 153. | | | | | Buy (add'l) | 06/26/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/12/18 | J | A | |
| 155. | | | | | Sold (part) | 09/28/18 | J | A | |
| 156. | | | | | Sold | 10/18/18 | K | A | |
| 157. | | | | | | | | | |
| 158. FAMILY MEMBER ESTATE POSITION 2 SECTION I | | | | | | | | | See Section VII Addtl Info |
| 159. | | | | | | | | | |
| 160. AT&T INC. | B | Dividend | | | Open | 03/09/18 | L | | |
| 161. | | | | | Sold | 04/09/18 | L | A | |
| 162. HARRIS CORP | | None | | | Open | 03/09/18 | L | | |
| 163. | | | | | Sold | 04/09/18 | L | B | |
| 164. HARTFORD FINANCIAL SERVICES | | None | | | Open | 03/09/18 | M | | |
| 165. | | | | | Sold | 04/09/18 | M | A | |
| 166. HARTFORD FLOTING RATE FUND | A | Dividend | | | Open | 03/09/18 | M | | |
| 167. | | | | | Sold | 04/09/18 | M | A | |
| 168. LORD ABBETT SHORT DURATION FUND | A | Dividend | | | Open | 03/09/18 | M | | |
| 169. | | | | | Sold | 04/09/18 | M | A | |
| 170. PEPSICO INC | | None | | | Open | 03/09/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 04/09/18 | L | A | |
| 172. PFIZER INC | | None | | | Open | 03/09/18 | M | | |
| 173. | | | | | Sold | 04/09/18 | M | A | |
| 174. PIMCO INCOME FUND | A | Dividend | | | Open | 03/09/18 | K | | |
| 175. | | | | | Sold | 04/09/18 | K | A | |
| 176. VECTRUS INC | | None | | | Open | 03/09/18 | J | | |
| 177. | | | | | Sold | 04/09/18 | J | A | |
| 178. WELLS FARGO STRATEGIC MUNI BD | A | Dividend | | | Open | 03/09/18 | M | | |
| 179. | | | | | Sold | 04/09/18 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE IRREVOCABLE INSURANCE TRUST #1 AS REPORTED IN PART I, LINE I IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS".

PART I, VIRGINIA HOPKINS SERVED AS THE PERSONAL REPRESENTATIVE FOR THE ESTATE OF A FAMILY MEMBER. SINCE SHE CONTROLLED ALL OF THE DECISIONS ON THE DISPOSITIONS OF THE ASSETS (CONSISTING ENTIRELY OF A BROKERAGE ACCOUNT WITH SECURITIES), THEY ARE INCLUDED IN INVESTMENTS REPORTED IN SECTION VII, LINES 160 TRHOUGH 179. THE DATE OF DEATH, AT WHICH TIME THE INVESTMENTS WERE TRANSFERRED INTO THE ESTATE, WAS MARCH 9, 2018. ALL WERE LIQUIDATED 30 DAYS AFTER DATE OF DEATH AND PROCEEDS DISTRIBUTED TO THE HEIRS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VIRGINIA E. HOPKINS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544